UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>    Plaintiff<br><br>        v.<br><br>EMILIO MARRERO GARCIA<br><br>    Defendant | CRIM. NO. 98-199 (SEC) |

**MOTION IN COMPLIANCE WITH ORDER AND ENCLSOSING PROPOSED ORDER**

TO THE HONORABLE COURT:

COMES NOW, Doral Mortgage Corporation ("DMC"), through the undersigned attorney and respectfully states and prays as follows:

1. On June 20, 2006, this Honorable Court entered an order granting DMC's "Special Appearance Requesting Order For Cancellation Of Forfeiture At The Registry Of Property" (Docket No. 141 and 142) and requesting DMC to file a proposed order. DMC hereby encloses the proposed order.

WHEREFORE, DMC respectfully requests that this Honorable Court issue the proposed Order directing Manatí's Property Registrar to cancel the forfeiture recorded over Rural Lot #13,837.

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico, this July 7, 2006.

**WE HEREBY CERTIFY** that on this same date, we electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the attorneys of record.

s/  Herman G. Colberg-Guerra
HERMAN G. COLBERG-GUERRA
USDC-PR No. 212511
**PIETRANTONI MENDEZ & ALVAREZ LLP**
Attorneys for Doral
Banco Popular Center, 19th Floor
209 Muñoz Rivera Avenue
San Juan, Puerto Rico 00918
Telephone No. (787) 274-1212
Facsimile No. (787) 274-1470
