UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>    Plaintiff<br><br>        v.<br><br>EMILIO MARRERO GARCIA<br><br>    Defendant | CRIM. NO. 98-199 (SEC) |

**ORDER FOR CANCELLATION OF**
**FORFEITURE AT THE REGISTRY OF PROPERTY**

Upon motion filed by Doral Mortgage Corporation and having corroborated that our July 9, 2002 Order of Forfeiture was amended on April 8, 2003 by an Amended Final Order of Forfeiture to exclude the following property from condemnation by the United States of America, this Court hereby:

ORDERS, ADJUDGES, AND DECREES

that the Order of Forfeiture of July 9, 2002, which was presented on January 30, 2003 and recorded at page 112 entry 547 of property number 13,837 at the Property Registrar at Manatí, be cancelled by the Property Registrar with respect <u>only</u> to the following property:

> ONE RURAL LOT #13,837, LOCATED AT TIERRAS NUEVAS WARD, MANATI, PUERTO RICO, MORE FULLY DESCRIBED AT PROPERTY REGISTRY OF PUERTO RICO AS FOLLOWS:
>
> RUSTICA: Solar marcado con el #6 del plano de inscripción y que radica en el Barrio Tierras Nuevas Salientes del término municipal de Manatí, Puerto Rico, sector Boquillas, con un área superficial de

1,000 metros cuadrados, colindando por el Norte, distancia 50.00 metros con el solar 5; por el Sur, en 50.00 metros con solar 7; por el Este, en 20.00 metros con solar 8; y por el Oeste, en 20.00 metros con área dedicada a uso público.

Se segrega de la finca #13,028, inscrita al folio 90 del tomo 343 de Manatí, a favor de Jaime Sánchez Mejías y su esposa Rita Vidal Alvarez.

This property is inscribed in page 160, volume 374 at the Property Registry of Manatí; property no. 13,837.

This property is encumbered by the following liens:

A mortgage in favor of Doral Mortgage Corporation, in the amount of $55,000.00.

SO ORDERED.

In San Juan, Puerto Rico, this    day of              , 2006.


_____
SALVADOR E. CASELLAS
SENIOR U.S. DISTRICT JUDGE